UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> v. <br><br> FAPS, Inc., <br><br> Defendant. | Civil Action No.:3:10-cv-03095-PGS-DEA <br><br><br><br> NOTICE OF MOTION TO COMPEL |
| FAPS, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> LOCAL 1478, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION <br><br> and <br><br> THE WATERFRONT COMMISSION OF THE NEW YORK HARBOR <br><br> Third-Party Defendants. | |

TO: George G. Frino
    Decotiis, Fitzpatrick & Cole, LLP
    Glenpoint Centre West
    500 Frank W. Burr Blvd.
    Teaneck, New Jersey 07666
    Attorney for Defendant, FAPS, Inc.

ON NOTICE TO:

  John Nulty
  Cammarata, Nulty & Garrigan, LLC
  549 Summit Avenue
  Jersey City, N.J.  07306
  Attorneys for Third-Party Defendant Local 1478

and

Melissa Provost
Saiber, LLC
18 Columbia Turnpike
Suite 200
Florham Park, New Jersey 07932
Attorneys for Third-Party Defendant, Waterfront Commission

PLEASE TAKE NOTCE that on November 7, 2011, or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission ("EEOC"), will move before the Honorable Douglas Arpert, U.S.M.J., at a time to be set by the Court, for an Order Compelling Defendant FAPS, Inc. to provide responses to EEOC's discovery requests for the period from January 1, 2000 to the present;

PLEASE TAKE FURTHER NOTICE that in support of this Motion, EEOC will rely upon the accompanying Memorandum of Law and the Certification of Rosemary DiSavino, with attachments and;

PLEASE TAKE FURTHER NOTICE that a proposed form of Order granting the relief requested is submitted herewith.

Dated: October 14, 2011

/s/ Rosemary DiSavino
Rosemary DiSavino
Trial Attorney
Equal Employment Opportunity Commission
One Newark Center, 21st Floor
Newark, N.J. 07102
(973) 645-6430
Fax: 973-645-4524
rosemary.disavino@eeoc.gov